**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY L. COX et al., | ) |
| Plaintiffs, | ) |
| vs. | ) 3:11-cv-00454-RCJ-WGC |
| U.S. DEPARTMENT OF AGRICULTURE, | ) **ORDER** |
| Defendant. | ) |

IT IS HEREBY ORDERED that the case is DISMISSED for lack of jurisdiction, and the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 2nd day of September, 2015.

_____
ROBERT C. JONES
United States District Judge